tioners.  *Mr. Roy F. Hall* for respondent.

No. 864.  PUPAHL, RECEIVER, *v.* ESTATE OF ELVIRA J. PARKS.  April 27, 1936.  Petition for writ of certiorari to the Appellate Court, First District, of Illinois, granted. *Messrs. Otis F. Glenn* and *George P. Barse* for petitioner. *Messrs. Emmett J. McCarthy* and *Robert F. Carey* for respondent.

No. 877.  FOUST, ADMINISTRATOR, *v.* MUNSON STEAM-SHIP LINES.  April 27, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Mr. Simone N. Gazan* for petitioner. *Messrs. Arthur M. Boal* and *Alfred N. Heuston* for respondent.

No. 879.  ESSEX RAZOR BLADE CORP. *v.* GILLETTE SAFETY RAZOR Co.  May 4, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Mr. George E. Middleton* for petitioner. *Messrs. Charles Neave* and *Henry R. Ashton* for respondent.

No. 894.  FOX *v.* CAPITAL COMPANY.  May 18, 1936. Petition for writ of certiorari to review the order of the Circuit Court of Appeals for the Second Circuit of March 5, 1936, dismissing the appeal from the order of the United States District Court for the Southern District of New York, entered on February 20, 1936, granted, limited to the question of the jurisdiction of the Circuit Court of